NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Dale K. Galipo, SBN 144074
Brendan A. Johnson, SBN 366552
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

ATTORNEY(S) FOR: Plaintiffs, Rubenia Isabel Polanco, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RUBENIA ISABEL POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; JHOANNA ELIZABETH POLANCO LURINA, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; and HUGO RUBEN POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda,

Plaintiff(s),

v.

CITY OF LOS ANGELES; AUGUSTIN HERNANDEZ; JAY WEBER; and DOES 1-10,

Defendant(s)

CASE NUMBER:

2:26-cv-09811

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs, Rubenia Isabel Polanco, et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| 1. Rubenia Isabel Polanco | 1. Plaintiff |
| 2. Jhoanna Elizabeth Polanco Lurina | 2. Plaintiff |
| 3. Hugo Ruben Polanco | 3. Plaintiff |
| 4. City of Los Angeles | 4. Defendant |
| 5. Augustin Hernandez | 5. Defendant |
| 6. Jay Weber | 6. Defendant |

September 1, 2026
Date

/s/ Brendan A. Johnson
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Ruben Isabel Polanco, et al.