**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

Attorneys for Plaintiffs, Rubenia Isabel Polanco, Jhoanna Elizabeth Polanco Lurina, and Hugo Ruben Polanco

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBENIA ISABEL POLANCO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; et al.,<br><br>Defendants. | Case No. 2:26-cv-09811<br><br>**DECLARATION OF HUGO RUBEN POLANCO PURSUANT TO C.C.P. § 377.32** |

**<u>DECLARATION OF HUGO RUBEN POLANCO</u>**

**<u>PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32</u>**

I, HUGO RUBEN POLANCO, declare as follows:

1. My name is Hugo Ruben Polanco.
2. Decedent Hugo Cesar Polanco Pineda died on November 11, 2025, in Los Angeles, California.

3. No proceeding is now pending in California for the administration of Decedent's estate.
4. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to Decedent's interest in this action as the natural son of Decedent.
5. No other person has a superior right to commence this action or to be substituted for Decedent in this action.
6. A certified copy of Decedent's death certificate is attached hereto as "Exhibit A."

I hereby affirm under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on 7/31/26 in Los Angeles, California.

Hugo Ruben Polanco

# EXHIBIT A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

3052025262080 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202519057448 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| Field | Entry |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | HUGO |
| 2. MIDDLE | CESAR |
| 3. LAST (Family) | POLANCO PINEDA |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 12/30/1968 |
| 5. AGE Yrs. | 56 |
| IF UNDER ONE YEAR (Months / Days) | |
| IF UNDER 24 HOURS (Hours / Minutes) | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | EL SLVDR |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | [ ] YES [X] NO [ ] UNK |
| 12. MARITAL STATUS/SRDP (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 11/11/2025 |
| 8. HOUR (24 Hours) | 1220 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 06 |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | [X] YES EL SALVADORIAN [ ] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | OTHER HISPANIC |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | PORTER |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | HOSPITALITY |
| 19. YEARS IN OCCUPATION | 10 |

**USUAL RESIDENCE**

| Field | Entry |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 10343 KALMIA STREET |
| 21. CITY | LOS ANGELES |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90002 |
| 24. YEARS IN COUNTY | 20 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Entry |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | RUBENIA I POLANCO, WIFE |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | 376 CLIFF DRIVE APT #4, PASADENA, CA 91107 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Entry |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | RUBENIA |
| 29. MIDDLE | ISABEL |
| 30. LAST (BIRTH NAME) | CATIVO |
| 31. NAME OF PARENT – FIRST | JOSE |
| 32. MIDDLE | FIDELIO |
| 33. LAST (BIRTH NAME) | POLANCO |
| 34. BIRTH STATE | EL SLVDR |
| 35. NAME OF PARENT – FIRST | MARIA |
| 36. MIDDLE | LUISA |
| 37. LAST (BIRTH NAME) | PINEDA |
| 38. BIRTH STATE | EL SLVDR |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Entry |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 12/12/2025 |
| 40. PLACE OF FINAL DISPOSITION | INGLEWOOD PARK CEMETERY, 720 EAST FLORENCE AVENUE, INGLEWOOD, CA 90301 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | JAMIE RENEE JONES |
| 43. LICENSE NUMBER | EMB9008 |
| 44. NAME OF FUNERAL ESTABLISHMENT | INGLEWOOD CEMETERY MORTUARY |
| 45. LICENSE NUMBER | FD1101 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE mm/dd/ccyy | 12/10/2025 |

**PLACE OF DEATH**

| Field | Entry |
|---|---|
| 101. PLACE OF DEATH | ST. FRANCIS MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | [ ] IP [X] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 3630 E IMPERIAL HWY |
| 106. CITY | LYNWOOD |

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | GUNSHOT WOUNDS | (AT) MINS |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (BT) |
| (C) | | (CT) |
| (D) | | (DT) |

| Field | Entry |
|---|---|
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO — REFERRAL NUMBER 2025-17693 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES [ ] NO |
| 111. USED IN DETERMINING CAUSE? | [X] YES [ ] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | [ ] YES [X] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| Field | Entry |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| Field | Entry |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | [ ] Natural [ ] Accident [X] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [X] NO [ ] UNK |
| 121. INJURY DATE mm/dd/ccyy | 11/11/2025 |
| 122. HOUR (24 Hours) | 1150 |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | STREET AND/OR HIGHWAY |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | SHOT BY POLICE OFFICERS |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | 10341 KALMIA STREET, LOS ANGELES, CA 90002 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | EVONNE R-JACKSON |
| 127. DATE mm/dd/ccyy | 12/10/2025 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | EVONNE R-JACKSON, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

[signature], MD
DO 23
Health Officer and Registrar

00495443 0

DEC 18 2025
DATE ISSUED

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

LOS ANGELES COUNTY — REGISTRAR OF VITAL STATISTICS — STATE OF CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE