**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBENIA ISABEL POLANCO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al,<br><br>Defendants. | Case No. 2:26-cv-09811-FLA-KS<br><br>*Assigned to*:<br>District Judge Fernando L. Aenlle-Rocha<br>Magistrate Judge Karen L. Stevonson<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ AND JAY WEBER** |

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Central District Local Rule 5-3.1 and the Court's Standing Order (Dkt. 13), Plaintiffs hereby submit their proof of service of the Summons, Complaint for Damages, the Court's Standing Order (Dkt. 13), and other documents on Defendants City of Los Angeles, Augustin Hernandez and Jay Weber, attached hereto as Exhibits "A," "B, and "C," respectively.

DATED: October 5, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Brendan A. Johnson*
Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiffs, Rubenia Isabel Polanco, Jhoanna Elizabeth Polanco Lurina and Hugo Ruben Polanco

# EXHIBIT A

<table>
<tr><td colspan="2">ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR **Plaintiff**</td><td>TELEPHONE NUMBER<br>**(818) 347-3333**</td><td rowspan="3">FOR COURT USE ONLY</td></tr>
<tr><td colspan="3">First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012</td></tr>
<tr><td colspan="3">SHORT TITLE OF CASE:<br>Polanco, Rubenia Isabel v. City of Los Angeles</td></tr>
<tr><td>DATE:</td><td>TIME:</td><td>DEP./DIV.</td><td>CASE NUMBER:<br>2:26-cv-09811-FLA-KS</td></tr>
<tr><td colspan="3">**Declaration of Service**</td><td>Ref. No. or File No:<br>Polanco v. LA</td></tr>
</table>

**United States District Court**

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In a Civil Action ; Summons In a Civil Action ; Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Fernando L. Aenlle-Rocha**

On: **City of Los Angeles c/o City Clerk's Office**

I served the summons at:

**200 N. Spring Street, Rm. 360 Los Angeles, CA 90012**

On: **10/1/2026** Date: **03:55 PM**

In the above mentioned action by personally serving to and leaving with

**Octavia S. (50; Black female; 200lbs; 5'9";black hair; brn eyes) - Deputy Clerk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Robert Hall**
b. Address: **1000 Corporate Center Drive, Monterey Park, CA 91754**
c. Telephone number: **213-628-6338**
d. **The fee** for this service was: **90.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Proceed

**Robert Hall** Date: **10/05/2026**

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR **Plaintiff** | **(818) 347-3333** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Polanco, Rubenia Isabel v. City of Los Angeles | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:26-cv-09811-FLA-KS |
| **Declaration of Service** | | Ref. No. or File No:<br>Polanco v. LA |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In a Civil Action ; Summons In a Civil Action ; Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Fernando L. Aenlle-Rocha**

On: **Augustin Hernandez**

I served the summons at:

**145 W 108th St Los Angeles, CA 90061**

On: **9/30/2026** Date: **10:35 AM**

In the above mentioned action by substituted service and leaving with

**Arroyo #40134 (50's; 5'7";Cauc male; 180lbs; bald) - subpoena control**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Hector Flores**
b. Address: **1000 Corporate Center Drive, Monterey Park, CA 91754**
c. Telephone number: **213-628-6338**
d. **The fee** for this service was: **90.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Proceed

Hector Flores Date: **10/03/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR **Plaintiff** | **(818) 347-3333** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Polanco, Rubenia Isabel v. City of Los Angeles | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:26-cv-09811-FLA-KS |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>Polanco v. LA |

**BY FAX**

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

On **10/03/2026** after substituted service under section C.C.P. 415.20(a), 415.20(b), or 415.95(a) was made, I served the within:

***Summons In a Civil Action ; Summons In a Civil Action ; Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Fernando L. Aenlle-Rocha***

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Washington**, DC, addressed as follows:

**Augustin Hernandez**

**145 W 108th St Los Angeles, CA 90061**

Person attempting service:

a. Name: **Romeo A. Ramia**
b. Address: **727 Fifteenth St N.W. #125, Washington, DC 20005**
c. Telephone number: **(703) 599-7529**
d. **The fee** for this service was: **90.50**
e. I am:
(3) [] a registered California process server:
(i) [X] **Employee**
(ii) Registration No.: **127**
(iii) County: **0**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Proceed

**Romeo A. Ramia** Date: **10/05/2026**

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR **Plaintiff** | **(818) 347-3333** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Polanco, Rubenia Isabel v. City of Los Angeles | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:26-cv-09811-FLA-KS |
| **Declaration of Service** | | Ref. No. or File No:<br>Polanco v. LA |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In a Civil Action ; Summons In a Civil Action ; Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Fernando L. Aenlle-Rocha**

On: **Jay Weber**

I served the summons at:

**145 W 108th St Los Angeles, CA 90061**

On: **9/30/2026** Date: **10:35 AM**

In the above mentioned action by substituted service and leaving with

**Arroyo # 40134 (50; Cauc male; 180lbs; 5'7"; bald) - subpoena control**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Hector Flores**
b. Address: **1000 Corporate Center Drive, Monterey Park, CA 91754**
c. Telephone number: **213-628-6338**
d. **The fee** for this service was: **90.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Proceed

Hector Flores Date: **10/03/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR **Plaintiff** | **(818) 347-3333** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Polanco, Rubenia Isabel v. City of Los Angeles | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:26-cv-09811-FLA-KS |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>Polanco v. LA |

**BY FAX**

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

On **10/03/2026** after substituted service under section C.C.P. 415.20(a), 415.20(b), or 415.95(a) was made, I served the within:

***Summons In a Civil Action ; Summons In a Civil Action ; Complaint for Damages; Civil Case Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Fernando L. Aenlle-Rocha***

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Washington**, DC, addressed as follows:

**Jay Weber**

**145 W 108th St Los Angeles, CA 90061**

Person attempting service:

a. Name: **Romeo A. Ramia**
b. Address: **727 Fifteenth St N.W. #125, Washington, DC 20005**
c. Telephone number: **(703) 599-7529**
d. **The fee** for this service was: **90.50**
e. I am:
(3) [] a registered California process server:
 (i) [X] **Employee**
 (ii) Registration No.: **127**
 (iii) County: **0**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Proceed

**Romeo A. Ramia** Date: **10/05/2026**