**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBENIA ISABEL POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; JHOANNA ELIZABETH POLANCO LURINA, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; and HUGO RUBEN POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; AUGUSTIN HERNANDEZ; JAY WEBER; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:26-cv-09811 FLA (KS)<br>*Hon. Judge Fernando L. Aenlle-Rocha; Ctrm. 6B*<br>*Hon. Magistrate Judge Karen L. Stevenson*<br><br>**DEFENDANTS CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ AND JAY WEBER'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW, Defendants CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER hereby answer Plaintiffs' Complaint for Damages for themselves and for no other party, admit, deny and allege as follows:

. . .

. . .

## INTRODUCTION

1. Answering paragraph 1, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## JURISDICTION AND VENUE

2. Answering paragraph 2, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations, except for the following allegations which are admitted: Admit United States District Court – Central District has jurisdiction.

3. Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations, except for the following allegations which are admitted: Admit United States District Court – Central District has supplemental jurisdiction.

4. Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations, except for the following allegations which are admitted: Admit venue is proper.

## PARTIES

5. Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FACTS TO ALL CLAIMS FOR RELIEF

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering paragraph 34, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment—Excessive Force (42 U.S.C. § 1983)

(All Plaintiffs against Defendants AUGUSTIN HERNANDEZ, JAY WEBER, and DOE OFFICERS)

36. Answering paragraph 36, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering paragraph 39, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40. Answering paragraph 40, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering paragraph 41, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering paragraph 43, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering paragraph 45, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment—Denial of Medical Care (42 U.S.C. § 1983)

49. Answering paragraph 49, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

50. Answering paragraph 50, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

51. Answering paragraph 51, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering paragraph 52, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering paragraph 55, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## THIRD CLAIM FOR RELIEF

### Fourteenth Amendment—Denial of Familial Relationship (42 U.S.C. § 1983)

56. Answering paragraph 56, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

57. Answering paragraph 57, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58. Answering paragraph 58, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59. Answering paragraph 59, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the

allegations.

60. Answering paragraph 60, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

61. Answering paragraph 61, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62. Answering paragraph 62, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63. Answering paragraph 63, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64. Answering paragraph 64, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

65. Answering paragraph 65, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66. Answering paragraph 66, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability: Unconstitutional Custom or Policy (42 U.S.C. § 1983)

67. Answering paragraph 67, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

. . .

68. Answering paragraph 68, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

69. Answering paragraph 69, sub-paragraph (a-k), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

70. Answering paragraph 70, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71. Answering paragraph 71, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

72. Answering paragraph 72, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73. Answering paragraph 73, subparagraph (a-f), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

74. Answering paragraph 74, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75. Answering paragraph 75, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

76. Answering paragraph 76, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

77. Answering paragraph 77, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**FIFTH CLAIM FOR RELIEF**

**Municipal Liability: Failure to Train (42 U.S.C. § 1983)**

(All Plaintiffs. against Defendants CITY and DOES 9-10)

78. Answering paragraph 78, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

79. Answering paragraph 79, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80. Answering paragraph 80, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

81. Answering paragraph 81, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

82. Answering paragraph 82, subparagraph (a-e), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

83. Answering paragraph 83, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

84. Answering paragraph 84, subparagraph (a-f), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

85. Answering paragraph 85, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

86. Answering paragraph 86, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

87. Answering paragraph 87, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88. Answering paragraph 88, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability for Ratification (42 U.S.C. § 1983)**

(All Plaintiffs against Defendants CITY and DOES 9-10)

89. Answering paragraph 89, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

90. Answering paragraph 90, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91. Answering paragraph 91, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

92. Answering paragraph 92, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

93. Answering paragraph 93, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

94. Answering paragraph 94, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

95. Answering paragraph 95, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

96. Answering paragraph 96, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

97. Answering paragraph 97, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SEVENTH CLAIM FOR RELIEF

**Battery (Wrongful Death)**

(All Plaintiffs against all Defendants)

98. Answering paragraph 98, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

99. Answering paragraph 99, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

100. Answering paragraph 100, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

101. Answering paragraph 101, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

102. Answering paragraph 102, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103. Answering paragraph 103, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

104. Answering paragraph 104, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

105. Answering paragraph 105, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

106. Answering paragraph 106, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

107. Answering paragraph 107, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## EIGHTH CLAIM FOR RELIEF

**Negligence (Wrongful Death)**

(All Plaintiffs against all Defendants)

108. Answering paragraph 108, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

. . .

109. Answering paragraph 109, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

110. Answering paragraph 110, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

111. Answering paragraph 111, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

112. Answering paragraph 112, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

113. Answering paragraph 113, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

114. Answering paragraph 114, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

115. Answering paragraph 115, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

116. Answering paragraph 116, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

. . .

. . .

. . .

## NINTH CLAIM FOR RELIEF

**Violation of Cal. Civil Code § 52.1**

(All Plaintiffs against all Defendants)

117. Answering paragraph 117, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

118. Answering paragraph 118, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

119. Answering paragraph 119, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

120. Answering paragraph 120, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

121. Answering paragraph 121, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

122. Answering paragraph 122, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

123. Answering paragraph 123, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

124. Answering paragraph 124, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

. . .

125. Answering paragraph 125, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

126. Answering paragraph 126, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

127. Answering paragraph 127, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

128. Answering paragraph 128, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

129. Answering paragraph 129, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

. . .

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**FOURTH AFFIRMATIVE DEFENSE**

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for self-defense.

**FIFTH AFFIRMATIVE DEFENSE**

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the defense of others.

**SIXTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure ' 340(3) and Government Code §945.6.

**SEVENTH AFFIRMATIVE DEFENSE**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code ' 910 et seq., including, but not limited to, the following statutes: C.C.P. sections 335.1 and 340(c); Gov. Code sections 911.2, 911.4, and 945.6.

**EIGHTH AFFIRMATIVE DEFENSE**

As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**NINTH AFFIRMATIVE DEFENSE**

Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

. . .

. . .

**TENTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 818, 820.2, and 820.8; and

Health and Safety Code §§ 1799.106 and 1799.107.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand and request a trial by jury in this matter.

**PRAYER**

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. §1988.

Dated: October 21, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /S/ *Christian R. Bojorquez*

CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER