**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBENIA ISABEL POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; JHOANNA ELIZABETH POLANCO LURINA, individually and as successor-in-interest to Hugo Cesar Polanco Pineda; and HUGO RUBEN POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; AUGUSTIN HERNANDEZ; JAY WEBER; and DOES 1–10,<br><br>Defendants. | CASE NO. 2:26-cv-09811 FLA (KS)<br>*Hon. Judge Fernando L. Aenlle-Rocha; Ctrm. 6B*<br>*Hon. Magistrate Judge Karen L. Stevenson*<br><br>**DEFENDANTS CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ AND JAY WEBER'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant, CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

1. RUBENIA ISABEL POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda – Plaintiff

2. JHOANNA ELIZABETH POLANCO LURINA, individually and as successor-in-interest to Hugo Cesar Polanco Pineda – Plaintiff
3. HUGO RUBEN POLANCO, individually and as successor-in-interest to Hugo Cesar Polanco Pineda – Plaintiff
4. CITY OF LOS ANGELES – Defendant
5. AUGUSTIN HERNANDEZ – Defendant
6. JAY WEBER – Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: October 21, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /S/ *Christian R. Bojorquez*
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, AUGUSTIN HERNANDEZ and JAY WEBER