Name, Address and Telephone Number of Attorney(s):

Law Offices of Dale K. Galipo
Brendan A. Johnson (SBN 366552)
21800 Burbank Blvd. Ste. 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RUBENIA ISABEL POLANCO, et al.

Plaintiff(s)

v.

CITY OF LOS ANGELES, et al.

Defendant(s).

CASE NUMBER

2:26-cv-09811-FLA-KS

**REQUEST:**
**ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ magistrate judge assigned to the case ***or*** ☐ or any active magistrate judge.
for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 11/25/2026 /s/ Brendan A. Johnson

Attorney for Plaintiff Rubenia Isabel Polanco, et al.

Dated: ____________ ____________________

Attorney for Plaintiff ____________

Dated: 11/25/2026 /s/ Shant Taslakian

Attorney for Defendant City of Los Angeles, et al

Dated: ____________ ____________________

Attorney for Defendant ____________

NOTE: If additional signatures are required, attach an additional page to this request.